# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BLACKWELL,** | : | **CIVIL ACTION NO. 1:12-CV-0825** |
| Plaintiff, | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **POLICE OFFICER ANDREW CRONE** | : | |
| and **POLICE OFFICER FURE**, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 8th day of November, 2013, upon consideration of the order (Doc. 73) issued by Chief Magistrate Judge Carlson on October 23, 2013, in which Judge Carlson denied the multiple discovery motions (Docs. 35, 45, 47, 68, 70) filed by the *pro se* plaintiff without prejudice to the refiling of a single, comprehensive discovery motion if the above-captioned matter is not resolved during the upcoming settlement conference, (see Doc. 73 at ¶ 2), and further upon consideration of the *pro se* plaintiff's appeal (Doc. 79) of Judge Carlson's order, wherein the plaintiff reasserts his disagreement with the magistrate judge's resolution of his motions, (id.), and the court finding no error in the resolution of the plaintiff's discovery motions and agreeing with the magistrate judge's case management strategy, and the court further finding that the *pro se* plaintiff is in no way prejudiced by the non-prejudicial dismissal of his various motions, and the court observing, as did the magistrate judge, that some of the motions were either moot (Doc. 35) or repetitive of one another (see Docs. 68, 70), and the court thus concluding that the magistrate judge's order was neither clearly erroneous nor contrary to law, see Local

Rule of Court 72.2, it is hereby ORDERED that the *pro se* plaintiff's appeal (Doc. 79) is DENIED and the order (Doc. 73) of Chief Magistrate Judge Carlson is AFFIRMED.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania